1  Matthew W. Quall, #183759
   Kimberly A. Horiuchi, #214869
2  Lang, Richert & Patch
   Post Office Box 40012
3  Fresno, California 93755-0012
   (559) 228-6700 Phone
4  (559) 228-6727 Fax

5

6  Attorneys for Plaintiff and Counter-Defendant JOHN C. BRISBIN, an individual,
       dba CONSTRUCTION DEVELOPMENT SYSTEMS and Counter-Defendant
7      WESTERN SURETY COMPANY

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | JOHN C. BRISBIN, an individual, dba        | Case No. 1:11-cv-00568-AWI-SKO
   | CONSTRUCTION DEVELOPMENT
12 | SYSTEMS,
                                                 **STIPULATION AND ORDER
13 |                Plaintiff,                   REGARDING THE PROPER NAME
                                                 OF DEFENDANT**
14 |       v.

15 | VULCAN MATERIALS COMPANY, a New
   | Jersey corporation; and DOES 1 through 100,
16 | inclusive,

17 |                Defendants.

18 | AND RELATED COUNTERCLAIMS.

19

20        Plaintiff and Counter-Defendant JOHN C. BRISBIN, an individual, dba CONSTRUCTION

21 DEVELOPMENT SYSTEMS ("Plaintiff") and Defendant and Counter-Claimant CALMAT CO.

22 dba VULCAN MATERIALS COMPANY - WESTERN DIVISION ("VULCAN") hereby agree

23 and stipulate as follows:

24                                    **RECITALS**

25        WHEREAS Plaintiff filed the original Complaint in the Superior Court of California,

26 County of Fresno, Case No. 11CECG00727 (hereinafter "State Court Action"), on March 7, 2011.

27        WHEREAS VULCAN removed the State Court Action to this Court and filed an Answer

28 and Counterclaim.

-1-

1  IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record, that the proper name of Defendant is CALMAT CO. dba VULCAN MATERIALS COMPANY - WESTERN DIVISION (not VULCAN MATERIALS COMPANY, a New Jersey corporation).

Dated: July 1, 2011

                LANG, RICHERT & PATCH, P.C.

                By:    /s/ Matthew W. Quall
                       Matthew W. Quall
                       Attorneys for Plaintiff and Counter-Defendant JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS and Counter-Defendant WESTERN SURETY COMPANY

Dated: July 1, 2011

                LIPSCHULTZ & SCHERAGO LLP

                By:    /s/ James D. Lipschultz
                       James D. Lipschultz
                       Attorneys for Defendant and Counter-Claimant CALMAT CO. dba VULCAN MATERIALS COMPANY - WESTERN DIVISION

### ORDER

IT IS SO ORDERED.

**Dated:   July 6, 2011**          **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE