# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>                    Plaintiff,<br><br>         v.<br><br>CALMAT CO, dba VULCAN MATERIALS COMPANY - WESTERN DIVISION; and DOES 1 through 100, inclusive,<br><br>                    Defendant. | CASE NO. 1:11-cv-00568-AWI-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER**<br><br>(Docket No. 18) |
| CALMAT CO., dba VULCAN MATERIALS COMPANY – WESTERN DIVISION,<br><br>                    Counter-Claimant<br><br>         v.<br><br>JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>                    Counter-Defendants.<br>_____/ | |

On December 29, 2011, the parties filed a stipulation seeking a modification of the scheduling order. (Doc. 18.) Specifically, the parties have scheduled a private mediation that will take place on January 27, 2012, and the parties wish to "avoid taking all of the necessary depositions and completion of other discovery in the case prior to the . . . mediation, in order to save attorney's

fees and costs." (Doc. 18, 2:20-24.) As such, the parties request that the deadlines be extended 60 days to accommodate the scheduled mediation.

| | Event | Current Deadline | Proposed Deadline |
|---|---|---|---|
| 1. | Non-Expert Disc. | October 31, 2011 | March 30, 2012 |
| 2. | Expert Discovery | January 31, 2012 | March 30, 2012 |
| 3. | Non-dispositive filing | January 23, 2012 | March 23, 2012 |
| 4. | Dispositive motion filing | February 29, 2012 | April 27, 2012 |
| 5. | Settlement Conference | March 6, 2012 | May 4, 2012 |
| 6. | Pre-Trial Conference | May 23, 2012 | July 23, 2012 |
| 7. | Trial | July 17, 2012 | September 17, 2012 |

The parties propose that no other deadlines be modified, e.g., the expert disclosure deadline and the supplemental expert disclosure deadline.

Allowing additional time for the parties to attempt to resolve their dispute through mediation conserves resources and represents good cause for a modification of the scheduling deadlines. While the deadlines proposed by the parties are generally acceptable, the Court will modify the proposed dates of the Pre-Trial Conference and the Trial date to comport with the Chief District Judge Ishii's calendar, and the proposed date for the settlement conference will be modified to comport with Magistrate Judge Oberto's calendar. Further, the proposed deadline for the close of discovery will be set prior to the deadline for filing non-dispositive motions.

Accordingly, the schedule is modified as follows:

| | **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|---|
| **1.** | **Non-Expert Disc.** | **October 31, 2011** | **March 16, 2012** |
| **2.** | **Expert Discovery** | **January 31, 2012** | **March 16, 2012** |
| **3.** | **Non-dispositive filing** | **January 23, 2012** | **March 21, 2012** |
| **4.** | **Non-dispos. mtn hearing** | **On or before April 18, 2012** | |
| **5.** | **Dispositive motion filing** | **February 29, 2012** | **April 27, 2012** |
| **6.** | **Disp. Motion hearing** | **On or before June 11, 2012** | |
| **5.** | **Settlement Conference** | **March 6, 2012** | **May 17, 2012** |

| | | | |
|---|---|---|---|
| 6. | **Pre-Trial Conference** | **May 23, 2012** | **July 25, 2012** |
| 7. | **Trial** | **July 17, 2012** | **September 18, 2012** |

IT IS SO ORDERED.

**Dated:   January 4, 2012**                                  /s/ Sheila K. Oberto
                                                                           UNITED STATES MAGISTRATE JUDGE