UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>               Plaintiff,<br><br>    v.<br><br>VULCAN MATERIALS COMPANY, a New Jersey corporation; and DOES 1 through 100, inclusive,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 1:11-cv-00568-AWI-SKO<br><br>**STIPULATION TO RESET THE SETTLEMENT CONFERENCE DATE AND EXTEND REMAINING TRIAL DEADLINES; ORDER THEREON** |

     Plaintiff and Counter-Defendant JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS ("CDS"), Counter-Defendant WESTERN SURETY COMPANY, a South Dakota corporation ("WESTERN"), and Defendant and Counter-Claimant CALMAT CO., a Delaware corporation, dba VULCAN MATERIALS COMPANY – WESTERN DIVISION ("VULCAN"), hereby agree and stipulate as follows:

**RECITALS**

     WHEREAS, the Scheduling Order dated July 12, 2011 contained a deadline of October 31, 2011 for the completion of all discovery pertaining to non-experts.

WHEREAS, on October 12, 2011, the Parties submitted a Stipulation and Proposed Order requesting to Amend the Scheduling Order to continue the deadline for completion of non-expert discovery from October 31, 2011 to January 31, 2012, which request was granted by the Court on October 17, 2011.

WHEREAS, on December 29, 2011, the Parties submitted a Stipulation and Proposed Order requesting to Amend the Scheduling Order to continue all deadlines and dates in the case for sixty (60) days. This Stipulation was necessitated by the ill health of Plaintiff John Brisbin, who was going to require surgery. Accordingly, the Parties delayed the depositions which had been scheduled for early December 2011, and a mediation that had been scheduled for December 15, 2011. By Order dated January 4, 2012, the Court granted the Parties' request and established new dates and deadlines, including a new discovery completion date of March 16, 2012.

WHEREAS, on January 26, 2012, the Parties submitted a Stipulation and Proposed Order requesting to Amend the Scheduling Order to continue all deadlines and dates in the case for sixty (60) days. This Stipulation was necessitated by the continued ill health of Plaintiff John Brisbin, who was required to undergo chemotherapy and radiation treatments. Accordingly, the Parties delayed the depositions and rescheduled mediation to April 18, 2012. By Order dated February 3, 2012, the Court granted the Parties' request and established new dates and deadlines, including a new discovery completion date of May 16, 2012.

WHEREAS, on May 11, 2012, the Parties submitted a Stipulation and Proposed Order requesting to Amend the Scheduling Order to continue the deadline for completion of discovery, which request was granted by the Court on May 15, 2012.

WHEREAS, CDS, WESTERN and Vulcan participated in a Mandatory Settlement Conference before the Court on July 17, 2012 and, in anticipation of potentially resolving the dispute between them, held off on taking expert witness depositions in the hopes of resolving the dispute without further expenditures of costs and fees.

///

///

WHEREAS, during the Mandatory Settlement Conference before the Court on July 17, 2012, it was disclosed to the Court and to counsel for Vulcan that based upon the medical condition of Plaintiff John Brisbin and setbacks suffered as a result of continued side effects of chemotherapy and radiation treatments to combat cancer, Plaintiff would be seeking a continuance of the trial date currently scheduled for November 27, 2012.

WHEREAS, the Court indicated at the Mandatory Settlement Conference that it would review the request for continuance of the trial by Plaintiff upon a showing of good cause.

WHEREAS, on August 16, 2012, the Parties submitted a Stipulation and Proposed Order to Continue Trial and Related Dates. By Order dated August 24, 2012, the Court granted the Parties' request and continued the Trial to March 26, 2013, and continued the Pretrial Conference to January 29, 2013. The Court also vacated the Settlement Conference set for October 9, 2012, and ordered the Parties to meet and confer regarding their availability to attend a continued Settlement Conference on November 29, 2012 or January 8, 2013. The Court also ordered the parties to further meet and confer regarding the deadlines for expert disclosures and expert witness depositions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between CDS, WESTERN and VULCAN as follows:

1. The Settlement Conference be reset on January 8, 2013.

2. Supplemental Expert Disclosures shall be exchanged by the Parties on October 1, 2012.

3. The Parties shall complete expert discovery by December 14, 2012.

Dated: August 29, 2012

LANG, RICHERT & PATCH, P.C.

By: /s/ Matthew W. Quall
     Matthew W. Quall

                              Attorneys for Plaintiff and Counter-Defendant JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS

Dated: August 29, 2012

                              LIPSCHULTZ & SCHERAGO LLP


                              By:  /s/ James D. Lipschultz
                                  James D. Lipschultz
                                  Attorneys for Defendant and Counter-Claimant CALMAT CO., a Delaware corporation, dba VULCAN MATERIALS COMPANY – WESTERN DIVISION

**ORDER**

Based upon the stipulation of the parties and good cause appearing therefrom, IT IS ORDERED that:

1. The Settlement Conference is continued to January 8, 2013, at 10:30 a.m. in Courtroom 7;

2. The Parties shall exchange Supplemental Expert Disclosures on or before October 1, 2012; and

3. Expert discovery shall be completed by December 14, 2012.


IT IS SO ORDERED.

Dated:  **September 4, 2012**                **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE