# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>          Plaintiff,<br><br>    v.<br><br>CALMAT CO, dba VULCAN MATERIALS COMPANY - WESTERN DIVISION; and DOES 1 through 100, inclusive,<br><br>          Defendant. | CASE NO. 1:11-cv-00568-AWI-SKO<br><br>**ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL**<br><br>(Docket No. 34) |

CALMAT CO., dba VULCAN MATERIALS COMPANY – WESTERN DIVISION,

          Counter-Claimant

    v.

JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS; WESTERN SURETY COMPANY, a South Dakota corporation,

          Counter-Defendants.

_____/

    On November 29, 2012, Counter Defendant Western Surety Company filed a request seeking to substitute James D. Burside, III, Esq., as attorney of record in place of current counsel Matthew W. Quall, Esq. (Doc. 34.)

Accordingly, IT IS HEREBY ORDERED that Counter Defendant Western Surety Company's current counsel Matthew W. Quall, Esq., be SUBSTITUTED and replaced by James D. Burnside, III, Esq., of Dowling Aaron, Inc., as counsel of record.

IT IS SO ORDERED.

Dated:   December 2, 2012              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE