James D. Burnside III    #075977
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
jburnside@dowlingaaron.com

Attorneys for Counter-Defendant WESTERN SURETY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALMAT CO., VULCAN MATERIALS COMPANY – WESTERN DIVISION; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>CALMAT CO., dba VULCAN MATERIALS COMPANY-WESTERN DIVISION,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>　　　　Counter-Defendants. | Case No.: 1:11-cv-00568-AWI-SKO<br><br>**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND ORDER THEREON** |

　　　　Plaintiff and Counter-Defendant John C. Brisbin by and through his attorney David Douglas Doyle; Defendant and Counter-Claimant Vulcan Materials Company, by and through its

attorney of record James D. Lipschultz and Counter-Defendant Western Surety Company, by and through its attorney of record James Burnside, III, hereby stipulate as follows:

WHEREAS, there is currently a Mandatory Settlement Conference set for January 8, before the Honorable Magistrate Judge Oberto at 10:30 a.m. in Courtroom 7; and

WHEREAS, Plaintiff's counsel David Douglas Doyle of Doyle & Schallert substituted in for Matthew W. Quall of Lang, Richert & Patch as counsel on December 3, 2012 and James Burnside of Dowling Aaron Incorporated, substituted in as counsel for Western Surety Company on December 2, 2012. Neither Mr. Doyle nor Mr. Burnside has had sufficient time to evaluate the case and be prepared for the MSC, the parties stipulate as follows:

1. That the date for the Mandatory Settlement Conference be rescheduled to March 8, 2013, at 10:00 a.m.
2. This stipulation does not preclude any party from moving to continue the trial and any related dates.

IT IS SO STIPULATED:

Dated: January 2, 2013

DOYLE & SCHALLERT.

By /s/ David Douglas Doyle, Esq.
   David Douglas Doyle, Esq.
   Attorneys for Plaintiff and
   Counter-Defendant JOHN C.
   BRISBIN, an individual, dba
   CONSTRUCTION DEVELOPMENT
   SYSTEMS

Dated: December 31, 2012

DOWLING AARON INC.

By /s/ James D. Burnside, Esq.
   James D. Burnside, Esq.
   Attorneys for Counter-Defendant
   WESTERN SURETY COMPANY

Dated: January 2, 2013

                              LIPSCHULTZ & SCHERAGO, LLP.

                              By /s/ James D. Lipschultz, Esq.
                                    James D. Lipschultz, Esq.
                                    Attorneys for Defendants
                                    VULCAN MATERIALS COMPANY

**ORDER**

Based on the parties' Stipulation, it is hereby ORDERED that the Settlement Conference currently set for January 8, at 10:30 a.m. be rescheduled to **March 8, 2013, at 10:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Dated:   **January 2, 2013**                 **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE