# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>          Plaintiff,<br><br>   v.<br><br>CALMAT CO, dba VULCAN MATERIALS COMPANY - WESTERN DIVISION,<br><br>          Defendant. | CASE NO. 1:11-cv-00568-AWI-SKO<br><br>**ORDER CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>(Docket No. 42) |
| CALMAT CO., dba VULCAN MATERIALS COMPANY – WESTERN DIVISION,<br><br>          Counter-Claimant,<br><br>   v.<br><br>JOHN C. BRISBIN, an individual, dba CONSTRUCTION DEVELOPMENT SYSTEMS; WESTERN SURETY COMPANY,<br><br>          Counter-Defendant.<br>_____/ | |

     On January 25, 2013, the Court issued a Minute Order vacating the Pretrial Conference and Trial dates in light of the continuance of the Settlement Conference. (Doc. 41.) The parties were ordered to "select a new Pretrial Conference date to be held on a Wednesday, Thursday or Friday after the Settlement Conference," and were also informed that "[t]he Court will set a new Trial date accordingly based on the new Pretrial Conference date." (Doc. 41.)

On January 28, 2013, the parties filed a Stipulation to Continue Pretrial Conference and Trial dates. (Doc. 42.) Inexplicably and in contrast to the Court's January 25, 2013, Minute Order, the parties selected a new Trial date (not a Pretrial Conference date as ordered) and indicated that the Pretrial Conference be "reset by the Court." (Doc. 42.)

The Court will nonetheless accommodate the parties' requested trial date with the caveat that since it falls on a Monday and Senior District Judge Ishii begins trials on Tuesdays, the trial will be set for August 20, 2013.

Accordingly, the schedule is modified as follows:

1. The Pretrial Conference is set for June 26, 2013; and
2. The Trial is set for August 20, 2013.

IT IS SO ORDERED.

**Dated:   January 31, 2013**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE