1

2

3

4    **UNITED STATES DISTRICT COURT**

5    EASTERN DISTRICT OF CALIFORNIA

6

7    JOHN C. BRISBIN, an individual, dba          CASE NO. 1:11-cv-00568-AWI-SKO
     CONSTRUCTION DEVELOPMENT
     SYSTEMS,

8                                                 **ORDER CONTINUING PRE-TRIAL**
                                                  **CONFERENCE AND TRIAL DATES**
                     Plaintiff,
9                                                 (Docket No. 42)
          v.
10

11   CALMAT CO, dba VULCAN
     MATERIALS COMPANY - WESTERN
     DIVISION,
12
                     Defendant.
13

14   _____

15   CALMAT CO., dba VULCAN
     MATERIALS COMPANY – WESTERN
     DIVISION,
16
                     Counter-Claimant,
17
          v.
18
     JOHN C. BRISBIN, an individual, dba
19   CONSTRUCTION DEVELOPMENT
     SYSTEMS; WESTERN SURETY
20   COMPANY,

21
                     Counter-Defendant.
22
     _____/
23

24       On January 25, 2013, the Court issued a Minute Order vacating the Pretrial Conference and

25   Trial dates in light of the continuance of the Settlement Conference.  (Doc. 41.)  The parties were

26   ordered to "select a new Pretrial Conference date to be held on a Wednesday, Thursday or Friday

27   after the Settlement Conference," and were also informed that "[t]he Court will set a new Trial date

28   accordingly based on the new Pretrial Conference date."  (Doc. 41.)

1    On January 28, 2013, the parties filed a Stipulation to Continue Pretrial Conference and Trial

2    dates.  (Doc. 42.)  Inexplicably and in contrast to the Court's January 25, 2013, Minute Order, the

3    parties selected a new Trial date (not a Pretrial Conference date as ordered) and indicated that the

4    Pretrial Conference be "reset by the Court."  (Doc. 42.)

5    The Court will nonetheless accommodate the parties' requested trial date with the caveat that

6    since it falls on a Monday and Senior District Judge Ishii begins trials on Tuesdays, the trial will be

7    set for August 20, 2013.

8    Accordingly, the schedule is modified as follows:

9    1.    The Pretrial Conference is set for June 26, 2013; and

10   2.    The Trial is set for August 20, 2013.

11

12   IT IS SO ORDERED.

13   **Dated:    January 31, 2013**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28