1   James D. Lipschultz, Esq. (CSB # 104642)
    jlipschultz@landslawyers.com
2   **LIPSCHULTZ & SCHERAGO LLP**
    12400 Wilshire Boulevard, Suite 920
3   Los Angeles, California 90025
    Tel:  310-820-3311
4   Fax: 310-820-3320

5   Attorneys for Defendant and
    Counter-Claimant
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN C. BRISBIN, an individual, dba          Case No. 1:11-CV-00568-AWI-SKO
     CONSTRUCTION DEVELOPMENT
12   SYSTEMS,

13              Plaintiff,                         **STIPULATION TO AMEND
                                                   SCHEDULING ORDER TO
14        v.                                       ALLOW DEPOSITIONS OF
                                                   EXPERT WITNESSES; ORDER
15   VULCAN MATERIALS COMPANY, a                   THEREON**
     New Jersey corporation; and DOES 1
16   through 100, inclusive,

17              Defendant.

18   _____

19   THE UNITED STATES OF
     AMERICA, for the Use and Benefit of
20   CALMAT CO., a Delaware corporation,
     dba VULCAN MATERIALS
21   COMPANY – WESTERN DIVISION;
     et al,

22              Counter-Claimants

23        v.

24   JOHN C. BRISBIN, an individual, dba
     CONSTRUCTION DEVELOPMENT
25   SYSTEMS; WESTERN SURETY
     COMPANY, a South Dakota
26   corporation,

27              Counter-Defendant

28

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counter-

2  Defendant JOHN C. BRISBIN, an individual, dba CONSTRUCTION

3  DEVELOPMENT SYSTEMS ("BRISBIN"), Defendant and Counter-Claimant

4  CALMAT CO., a Delaware corporation, dba VULCAN MATERIALS COMPANY

5  – WESTERN DIVISION ("VULCAN") and Counter-Defendant WESTERN

6  SURETY COMPANY, a South Dakota corporation ("WESTERN"), through their

7  respective counsel, as follows:

8

9    1.    The Scheduling Order in this case shall be amended to allow for

10  VULCAN to take the depositions of Brian Hall, Tim Kempkes and John Brisbin, the

11  expert witnesses designated by BRISBIN.

12

13    2.    BRISBIN shall make said witnesses available for deposition on or

14  before August 30, 2013.

15

16    3.    No other provision of the Scheduling Order or the Pretrial Order are

17  sought to be amended by this Stipulation.

18

19    Good cause exists for this Stipulation as evidenced by the following facts:

20

21    1.    On July 12, 2011, the Court issued its initial Scheduling Order in the

22  case setting a trial date of July 17, 2012, and, as is relevant to this Stipulation, a

23  deadline for completion of expert discovery of January 31, 2012.

24

25    2.    On December 29, 2011, the parties filed a Stipulation requesting to

26  amend the Scheduling Order and continue all deadlines by 60 days to allow the

27  parties to engage in mediation.  On January 5, 2012, the Court approved the request

28  and continued the trial to September 18, 2012, and, as is relevant to this Stipulation,

1    continued the deadline for completion of expert discovery to March 16, 2012.

2

3        3.      In January, 2012, due to BRISBIN's health reasons, BRISBIN was

4    unable to participate in mediation and unable to participate in depositions.

5    Accordingly, on January 26, 2012, the parties submitted a Stipulation to continue

6    the trial date and all other deadlines in the case.  The Stipulation was approved by

7    the court and pursuant to Order filed February 3, 2012, the trial date was continued

8    to November 27, 2012 and, as is relevant to this Stipulation, the deadline for

9    completion of expert discovery was continued to May 16, 2012.

10

11       4.      On May 11, 2012, the parties filed a Stipulation requesting a further

12   modification of the Scheduling Order due to Plaintiff Brisbin's ongoing health

13   problems.  By Order dated May 15, 2012, the Court extended the completion of

14   expert discovery to July 31, 2012.

15

16       5.      On July 17, 2012, a Mandatory Settlement Conference was held before

17   the Court.  Plaintiff BRISBIN did not appear at the Mandatory Settlement

18   Conference, and counsel for BRISBIN advised the Court that based upon

19   BRISBIN's medical condition, an additional continuance of the trial date and all

20   deadlines would be sought.

21

22       6.      On August 16, 2012, the parties submitted another Stipulation to

23   continue the trial date and related dates.  Pursuant to the Court's Order dated August

24   24, 2012, the Court approved the parties' Stipulation and the trial was continued to

25   March 26, 2013 and the parties were ordered to meet and confer and file a further

26   Stipulation regarding the remaining deadlines in the case.

27       7.      On August 29, 2012, the parties submitted a further Stipulation

28   pursuant to which the deadline for completion of expert discovery would be

1  continued to December 14, 2012.  That Stipulation was approved by the Court's

2  Order filed September 4, 2012.  Thereafter, during October and November,

3  BRISBIN and VULCAN served Supplemental Expert Witness Disclosures and

4  revised Supplemental Expert Witness Disclosures in preparation for the expert

5  witness depositions.

6

7      8.      In November, 2012, former counsel for BRISBIN and WESTERN

8  advised counsel for VULCAN that he was substituting out of the case and that

9  BRISBIN and WESTERN would be getting new counsel.  The Orders granting the

10  request for substitution of counsel were filed in the beginning of December.

11

12      9.      In mid-December, 2012, new counsel for BRISBIN and WESTERN

13  advised counsel for VULCAN that they intended to seek a continuance of all dates

14  in the case, including the Mandatory Settlement Conference which was scheduled

15  for January 8, 2013.   Counsel for BRISBIN also advised the he was seeking current

16  information on BRISBIN's medical condition in an effort to get a realistic date for

17  the continuance of the trial and related dates, including the expert discovery

18  completion date.   However, because the Mandatory Settlement Conference was

19  only 3 weeks away, the parties signed a Stipulation which only requested a

20  continuance of the Settlement Conference, and that was approved and ordered by

21  the Court on January 2, 2013.   The Settlement Conference was continued to March

22  8, 2013.

23

24      10.      Thus, due to the confusion caused by the numerous prior continuances

25  requested by BRISBIN, the substitution of new counsel for BRISBIN and

26  WESTERN, the holiday season, and the pressing need to continue the Settlement

27  Conference, the deadline for completion of the expert depositions (the only

28  discovery remaining to be conducted in the case) was inadvertently not included in

4

1  the stipulation to continue the Settlement Conference.

2

3      11.     On January 25, 2013, the Court issued a Minute Order vacating the

4  Pretrial Conference and Trial date and ordered the parties to select new dates for

5  same.

6

7      12.     On January 28, 2013, the parties filed a Stipulation seeking to continue

8  the Pretrial Conference and Trial dates due to BRISBIN's continued medical

9  condition.  This Stipulation had been prepared prior to the Court's January 25, 2013

10  Minute Order which is why it did not squarely address the Court's request for new

11  dates for the Pretrial Conference and Trial date.  On January 31, 2013, the Court

12  ordered the schedule modified and continued the Pretrial Conference to June 26,

13  2013, and the trial date to August 20, 2013.

14

15      13.     On March 6, 2013, the Court continued the Settlement Conference

16  scheduled for March 8, 2013 to March 29, 2013 due to BRISBIN's failure to comply

17  with the requirements set forth in the Court's December 6, 2012 Order Re

18  Settlement Conference.

19

20      14.     On March 19, 2013, the Court vacated the Settlement Conference due

21  to BRISBIN's continued failure to comply with the Court Order Re Settlement

22  Conference.

23

24      15.     On April 25, 2013, VULCAN served Notices of the depositions of the

25  expert witnesses designated by BRISBIN.  Thereafter, the depositions were

26  continued on 2 occasions based on requests by BRISBIN.   BRISBIN did not object

27  to the taking of the depositions on any grounds.  BRISBIN did not produce his

28  experts for deposition on the dates agreed upon.

16.     On June 26, 2013, a Pretrial Conference was held before District Judge Ishii, and the trial was continued to November 13, 2013.

17.     By this Stipulation, the parties do not seek to continue the trial date and only seek to allow VULCAN to conduct the expert depositions which it had previously noticed.

18.     The parties agree that there will be no prejudice suffered by any party as a result of VULCAN being allowed to take these depositions, and the parties agree that they shall not use this proposed amendment to the Scheduling Order as a grounds to continue the trial date in the future.

IT IS SO STIPULATED.

DATED: July 12, 2013          DOYLE & SCHALLERT


                              By: /s/ David D. Doyle (as authorized on 7/12/13)

                                   David D. Doyle, Esq.
                                   Attorneys for John C. Brisbin, dba Construction
                                   Development Systems and Western Surety
                                   Company


DATED: July 12, 2013          LIPSCHULTZ & SCHERAGO LLP


                              By: /s/ James D. Lipschultz

                                   James D. Lipschultz

                                   Attorneys for Defendant and Counter-Claimant
                                   CALMAT CO., a Delaware corporation, dba
                                   VULCAN MATERIALS COMPANY –
                                   WESTERN DIVISION

DATED:  July 11, 2013          DOWLING AARON INCORPORATED

By:  /s/ James D. Burnside (as authorized on 7/11/13)

James D. Burnside, III, Esq.

Attorneys for Western Surety Company

## **ORDER**

Based upon the parties' above Stipulation, IT IS HEREBY ORDERED that:

1.     The Scheduling Order in this case shall be amended to allow for VULCAN to take the depositions of Brian Hall, Tim Kempkes and John Brisbin, the expert witnesses designated by BRISBIN;

2.     BRISBIN shall make said witnesses available for deposition on or before August 30, 2013; and

3.     No other provisions of the Scheduling Order or the Pretrial Order are amended by this Stipulation.

IT IS SO ORDERED.

Dated:    **July 16, 2013**                     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE